# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 5:22-cv-01808-SSS-SHKx<br><br>District Judge: Sunshine Suzanne Sykes<br><br>**JUDGMENT PURSUANT TO RULE 68 OFFER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff ROSALIE JONES ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 September 27, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $63.148.60 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: February 29, 2024

_____
Irene Vazquez, Deputy Clerk

1

**JUDGMENT**